IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL DOCKET NO. 875 |
| PETER CONSTANTINIDES and ELPHIS CONSTANTINIDES, h/w<br><br>v.<br><br>ALFA LAVAL, INC., et al. | EDPA No. 09-70613<br><br>*Transferred from:*<br><br>*U.S. District Court for the So. Distr. of Florida, Miami Div., Civ. Action No. 08-22522* |

## ORDER OF REFERRAL

AND NOW this 19th day of April 2010, in accordance with Local Civil Rule 72.1 and 28 U.S.C. § 636(b)(1)(B), it is HEREBY ORDERED that motions for summary judgment filed by Defendants CBS Corporation (Doc. 99), Crane Co. (Doc. 102), Leslie Controls, Inc. (Doc. 103), and Elliott Turbomachinery, Inc. (Doc. 107) are REFERRED to Chief United States Magistrate Judge Thomas J. Rueter, United States Magistrate Judge David R. Strawbridge, and United States Magistrate Judge Elizabeth T. Hey for a Report and Recommendation on the issues of product identification (proximate causation) and/or successor liability, with all other issues reserved for resolution by the undersigned.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.