IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | CIVIL ACTION NO. MDL 875 |
| This Document Relates to | CIVIL ACTION |
| PETER CONSTANTINIDES and ELPIS CONSTANTINIDES, his wife<br>Plaintiff<br><br>v.<br><br>ALFA LAVAL, INC., et al.,<br>Defendants | NO. 09-70613 |

## ORDER

AND NOW, this 19th day of April, 2010, in accordance with Local Civil Rule 72.1 and 28 U.S.C. § 636(b)(1)(B), it is **HEREBY ORDERED** that the Motion for Summary Judgment of Defendant Viad Corporation (Doc. 106) is referred to Chief United States Magistrate Judge Thomas J. Rueter, United States Magistrate Judge David R. Strawbridge, and United States Magistrate Judge Elizabeth T. Hey for a Report and Recommendation as to the issues of proximate cause and successor liability.[1]

BY THE COURT:

_____ J.
Eduardo C. ROBRENO

---

[1] All other issues are reserved for the undersigned.

1