IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER & ELPIS CONSTANTINIDES | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| ALFA LAVAL, INC., et al., | : | NO. 09-70613 |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **17th** day of **August, 2010** it is hereby **ORDERED** that Defendant Crane Co.'s Objections (doc. no. 177) to the Report and Recommendation (doc. no. 159) denying Crane Co.'s motion for summary judgment in the above captioned case are **OVERRULED**.

It is further **ORDERED** that the Panel's Report and Recommendation is adopted (doc. no. 159), and Crane Co.'s motion for summary judgment is **DENIED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**