IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER & ELPIS CONSTANTINIDES | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| LESLIE CONTROLS, INC, et al., | : | NO. 09-70613 |
| | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **30th** day of **September 2010** it is hereby **ORDERED** that Defendant Leslie Controls, Inc.'s Objections to the Report and Recommendation (doc. no. 168), filed on June 24, 2010, denying Leslie Controls Inc.'s for Summary Judgment are **OVERRULED**.

It is further **ORDERED** that Defendant Leslie Controls, Inc.'s Motion for Summary Judgment (doc. no. 103), filed on February 1, 2010 is **DENIED WITHOUT PREJUDICE**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**