IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PETER & ELPIS CONSTANTINIDES | : | CONSOLIDATED UNDER |
|---|---|---|
| Plaintiffs, | : | MDL 875 |
| v. | : | |
| CBS CORPORATION, et al., | : | CIVIL ACTION |
| Defendants. | : | NO. 09-70613 |

### **O R D E R**

**AND NOW**, this **30th** day of **September 2010** it is hereby **ORDERED** that Defendant CBS Corporation's ("CBS") Objections to the Report and Recommendation (doc. no. 154), filed on May 6th, 2010, denying CBS's Motion for Summary Judgment are **SUSTAINED**.

It is further **ORDERED** that Defendant CBS's Motion for Summary Judgment (doc. no. 99), filed on January 28, 2010 is **DENIED WITHOUT PREJUDICE**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**