IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER & ELPIS CONSTANTINIDES | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| LESLIE CONTROLS, INC., et al., | : | NO. 09-70613 |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **8th** day of **October 2010** it is hereby **ORDERED** that, in the first paragraph of this Court's Memoranda (doc. no. 182 and 184) filed on October 1, 2010, the statement that "the report and recommendation ('R&R') issued by Chief Magistrate Judge Thomas J. Rueter, and joined by Magistrate Judges David R. Strawbridge and Elizabeth T. Hey" is **STRICKEN** and substituted with, "the report and recommendation ("R&R") issued by Magistrate Judge Elizabeth T. Hey, and joined by Chief Magistrate Judge Thomas J. Rueter and Magistrate Judge David R. Strawbridge."

It is further **ORDERED** that an amended memoranda reflecting this change shall be filed herewith.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**